**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION          MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Betty Asher, et al. v. Bayer Corp., et al.*          Case No. 05-2578
      *(Plaintiff Dorothy Burt only)*

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

    Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Dorothy Burt (Doc. No. 13) is **GRANTED**; and

2. Plaintiff Dorothy Burt's claims are **DISMISSED WITH PREJUDICE**.

Dated: August 20, 2007          s / Michael J. Davis
                                                                  MICHAEL J. DAVIS
                                                                  United States District Court Judge