**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION        MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Betty Asher, et al. v. Bayer Corp.*        Case No. 05-2578
      *(Plaintiff Betty Asher only)*

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Betty Asher (Doc. No. 18) is **GRANTED**;

2. Plaintiff Betty Asher's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's counsel must pay the sum of $133.95 to Bayer Corporation within ten days of this Order.

Dated: October 3, 2007                    s / Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Court Judge