## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION         MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Betty Asher, et al. v. Bayer Corp.*         Case No. 05-2578
    *(Plaintiff Katie Moore only)*

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Katie Moore (Doc. No. 16) is **GRANTED**;

2. Plaintiff Katie Moore's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's counsel is required to pay the sum of $133.20 to Bayer Corporation within ten days of this Order.

Dated: October 3, 2007

                                        s / Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court Judge